1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  D. LAMONTE HALEY,              )       NO. CV 11-7189-AG(E)
                                   )
12          Plaintiff,             )
                                   )
13       v.                        )       ORDER ACCEPTING FINDINGS,
                                   )
14  DENTAL SERVICES,               )       CONCLUSIONS AND RECOMMENDATIONS
                                   )
15          Defendant.             )       OF UNITED STATES MAGISTRATE JUDGE
    _____)

16

17       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

18  Complaint, all of the records herein and the attached Report and

19  Recommendation of United States Magistrate Judge.  The Court

20  accepts and adopts the Magistrate Judge's Report and

21  Recommendation.

22

23       IT IS ORDERED that Judgment shall be entered dismissing the

24  action without prejudice.

25  ///

26  ///

27  ///

28  ///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy

2  of this Order and the Judgment of this date on the Plaintiff and

3  counsel for Defendant.

4

5  DATED: March 31, 2012

6

7    _____

8            ANDREW J. GUILFORD
        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28