**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

D. LAMONTE HALEY,                )      NO. CV 11-7189-AG(E)
                                 )
            Plaintiff,           )
                                 )
     v.                          )      JUDGMENT
                                 )
DENTAL SERVICES,                 )
                                 )
            Defendant.           )
_____)


        IT IS ADJUDGED that the action is dismissed without prejudice.


        DATED: March 31, 2012



                              _____
                                   ANDREW J. GUILFORD
                              UNITED STATES DISTRICT JUDGE